

3:24-CV-00397-KAD
Exibits

MAY 17 2024 PM 2:58
FILED - USDC - BPT - CT



# Your account is deactivated

**Deactivation reason**

Unsafe driving

During a recent review, we discovered that you have received one or more reports of violating Uber's Community Guidelines and your agreement with Uber. As a result, we've decided to deactivate your account.

We know that earning on the Uber platform is important to you, and we understand that this news may be upsetting—but everyone who signs up to use the Uber app is required to follow our Community Guidelines. We hope you understand that our decision is rooted in our goal to keep Uber a safe platform for the whole community.

We contacted you about these reports on the following date(s):



### Request a review

Step 2 of 3

Please provide any additional information (video, photo, or other documentation not previously submitted) that could be relevant to your account deactivation. A member of our team will carefully review your account and any information you provide with your request.

**Share additional details (required):**

> Hi Respected Sir/Madam
> I strongly disagree on this unfair deactivation of my Uber account.
> I am very careful and responsible driver of Uber who is serving the

[ Next ]



## Request a review

**Step 2 of 3**

Please provide any additional information (video, photo, or other documentation not previously submitted) that could be relevant to your account deactivation. A member of our team will carefully review your account and any information you provide with your request.

**Share additional details (required):**

> Uber community for the past more than 7 years with the accomplishment of more than 11,741.00 safe trips and 5,000.00 five star trips. I never harm or hit anybody while driving for Uber.

[ Next ]



### Help

# Request a review

**Step 2 of 3**

Please provide any additional information (video, photo, or other documentation not previously submitted) that could be relevant to your account deactivation. A member of our team will carefully review your account and any information you provide with your request.

**Share additional details (required):**
> Actually I was rear ended couple of times by the other reckless drivers on the road. How come a responsible and safe driver like me with 11,731.00 trips on record is all of a sudden is not a safe

[ Next ]



# Request a review

### Step 2 of 3

Please provide any additional information (video, photo, or other documentation not previously submitted) that could be relevant to your account deactivation. A member of our team will carefully review your account and any information you provide with your request.

**Share additional details (required):**

> driver. This is absolutely not fair to me. This deactivation broke my heart and hurt my feelings. I humbly request the Uber please keeping in view my safe and excellent driving record for the

**Next**



← **Help**

# Request a review

**Step 2 of 3**

Please provide any additional information (video, photo, or other documentation not previously submitted) that could be relevant to your account deactivation. A member of our team will carefully review your account and any information you provide with your request.

**Share additional details (required):**
past more than 7years please activate my account immediately.  Uber can not afford to lose good, honest, hardworking, professional, experienced and safe driver like

[ Next ]



Help

# Request a review

**Step 2 of 3**

Please provide any additional information (video, photo, or other documentation not previously submitted) that could be relevant to your account deactivation. A member of our team will carefully review your account and any information you provide with your request.

**Share additional details (required):**

> me. I hope my feeble voice will not go unheard and Uber will activate my account immediately. God bless America God bless Uber. Thanks Chaudhry Shouq

[ Next ]

3:36 📶 LTE

← Email Conversation



Hi Sir/Madam I am heartbroken with the Uber decision to deactivating my account permanently. As I said in my previous conversations with Uber that I was a very safe, responsible and loyal driver of Uber for the past 8 long years with my excellent driving record. I never hit aur harm anybody in the past 8 years. I was rear ended few times by the reckless drivers on the road. Uber want to punish me for no reason, no problem that's Uber decision. I reserve the right to take legal action against Uber in all forums and courts for this unfair, unjustified and falsely deactivating my account and depriving me to make money to support my family. Now it's my turn to go after Uber their

📷   Reply   Send

3:36 • LTE

← Email Conversation

...responsible and loyal driver of Uber for the past 8 long years with my excellent driving record. I never hit aur harm anybody in the past 8 years. I was rear ended few times by the reckless drivers on the road. Uber want to punish me for no reason, no problem that's Uber decision. I reserve the right to take legal action against Uber in all forums and courts for this unfair, unjustified and falsely deactivating my account and depriving me to make money to support my family. Now it's my turn to go after Uber their cruelly decision and I know my rights as a safe Uber driver for 8 long years. Chaudhry Shouq

Chaudhry S. · 1 second ago

 Reply                                    Send

# Profile

**Rides** | Deliveries

## Achievements

   

5000 5-Star Trips   7 Years with Uber

## Share your story

**Fun fact**

I always try my best to make everybody happy.

**Other Experience**

I stay home and spent time with my wife and son.

**Why I Drive**

Because of flexibility and be my own boss.